UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
January 10, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>            Plaintiff,        )<br>v.                            )<br>                              )<br>JULIET ROMANISHIN,            )<br>            Defendant.        )<br>_____) | Case No. 2:12-cr-00003-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JULIET ROMANISHIN, Case No. 2:12-cr-00003-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ____   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of: $25,000.00.

        _X_   Unsecured Appearance Bond

        ____   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 1/10/2012 at 2:45 p.m.

By _____
    Edmund F. Brennan
    United States Magistrate Judge